THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-191-D

UNITED STATES OF AMERICA, )
)
v. ) **ORDER**
)
DOMINIQUE RUSSELL, )
)
Defendant. )

Dominique Russell ("Russell" or "defendant") moved for reduction of sentence [D.E. 204]. On December 17, 2020, Russell was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Dominque Russell") (last visited February 9, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 204] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge